UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKELAND REGIONAL HEALTH SYSTEM )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>KATHLEEN SEBELIUS, *Secretary* )<br>*Department of Health and Human Services* )<br>)<br>**Defendant.** ) | Civil Case No. 12-600 (RJL) |

**ORDER**
(July 16, 2013) (Dkts. ##9,11)

For the reasons set forth in the Memorandum Opinion entered this 16th day of July 2013, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #11] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #9] is **DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge